IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ALBERT CARTER, JR., ) | |
| ) | |
| Petitioner, ) | |
| v.   ) | CASE NO. 2:08-cv-0882-TMH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent . ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)   The petitioner's objection to the Report and Recommendation of the Magistrate Judge (Doc. #6 ) filed on December 5, 2008 is overruled;

(2)  The Report and Recommendation of the United States Magistrate Judge (Doc. #5) dated November 21, 2008 is adopted;

(3)  The § 2255 motion filed by petitioner on October 30, 2008 (Doc. #1) is DENIED, as this court is without jurisdiction to consider the successive claims in the motion (claims 1 through 9), and the remaining claims (claims 10 and 11) lack merit and do not entitle petitioner to any relief.

DONE this the 19th day of December, 2008.

/s/ **Truman M. Hobbs**

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE